**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**RICHARD L. COX, Trustee,**
**Affiliated Foods Southwest, Inc.**                                                            **PLAINTIFF**

v.                           CASE NO. 4:11MC00021 BSM

**DAVID F. HENDRIX, d/b/a Family Markets,**
**d/b/a Mitchells Market et al.**                                                               **DEFENDANTS**

## ORDER

This miscellaneous case was opened after defendant David F. Hendrix filed a motion to withdraw reference in an adversary proceeding within the Chapter 7 bankruptcy case styled *In re Affiliated Foods Southwest, Inc.* That motion, along with several other docket entries, was apparently filed in error, and Hendrix moved the bankruptcy court to withdraw his "inadvertently and improvidently filed" documents. The bankruptcy court granted that request in *Cox v. Hendrix et al.* (*In re Affiliated Foods Southwest, Inc.*), Ch. 7 Case No. 4:09-bk-13178, Adv. No. 11-1144 (Doc. Nos. 1718, 21) (Bankr. E.D. Ark. May 25, 2011). Accordingly, the pending motion to withdraw reference is denied as moot, and this case is hereby closed.

IT IS SO ORDERED this 27th day of May 2011.

_____
UNITED STATES DISTRICT JUDGE