IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RICHARD L. COX, Trustee,**
**Affiliated Foods Southwest, Inc.**                                                   **PLAINTIFF**

**v.**                  **CASE NO. 4:11MC00021 BSM**

**DAVID F. HENDRIX, d/b/a Family Markets,**
**d/b/a Mitchells Market et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 27th day of May 2011.

                                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE